UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL CRAIG WORRALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0392-B |
| | § | |
| RIVER SHACK LLC d/b/a WOODSHED SMOKEHOUSE and LOVE STYLE, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On December 5, 2023, this Court **GRANTED** Defendants River Shack LLC d/b/a Woodshed Smokehouse and Love Style, Inc.'s Motion to Dismiss Plaintiff Paul Craig Worrall's Second Amended Complaint and **DISMISSED WITH PREJUDICE** all of Plaintiff's claims against Defendants. Doc. 33, Mem. Op. & Order. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case.

SO ORDERED.

SIGNED: December 7, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE